IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -3 AM 10 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ELIGIO ALEMAN MARTINEZ

Plaintiff

v.                              CIVIL NO. 98-2435 (GG)

UNITED STATES OF AMERICA

Defendant

**MINUTE ORDER**

By order of the court, Settlement Conference set for November 10, 1999 at 2:30 p.m. is **RESET** for **November 16, 1999 at 3:30 p.m.**

San Juan, Puerto Rico, this 2nd day of November, 1999.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA ALICEA
COURTROOM DEPUTY CLERK

AO 72A
(Rev 8/82)