IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIGIO ALEMAN MARTINEZ

    Plaintiff

v.      CIVIL NO. 98-2435 (GG)

UNITED STATES OF AMERICA

    Defendant

**MINUTE ORDER**

By order of the court, the **Settlement Conference** set for **November 16, 1999 at 3:30 p.m.** is **RESET** for **December 16, 1999 at 3:00 p.m.**

San Juan, Puerto Rico, this 30th day of November, 1999.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA ALICEA
    COURTROOM DEPUTY CLERK

AO 72A
(Rev.8/82)