IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIGIO ALEMAN MARTINEZ

    Plaintiffs

            CIVIL NO. 98-2435(GG)

    v.

UNITED STATES OF AMERICA

    Defendant

### ORDER

Upon review of plaintiff's request for order to have Hospital Dr. Susoni provide a certified copy of Mr. Eligio Alemán Martínez medical record of his hospitalization at said medical institution from January 17 to January 23, 1995, the same is hereby granted. It is therefore ordered that Hospital Dr. Susoni provides plaintiff's attorney a certified copy of the medical record of Mr. Aleman within ten days after this order has been served on them.

In San Juan, Puerto Rico, this 26th day of December, 1999

                              GILBERTO GIERBOLINI
                              SENIOR U.S. DISTRICT JUDGE

