IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIGIO ALEMAN MARTINEZ

 Plaintiff

v.

UNITED STATES OF AMERICA

 Defendant

CIVIL NO. 98-2435 (GG)

## MINUTES OF PROCEEDINGS

On December 16, 1999, the parties met with the court for a Settlement Conference. Plaintiff was represented by Ariel Caro and Roberto Ruiz Comas, Esqs. Defendant was represented by José Javier Santos Mimoso, Esq.

The parties informed the court that they are not ready for a settlement conference due to plaintiff's delay in obtaining his expert's report. Plaintiff will submit by **December 20, 1999** a motion requesting an order directing Hospital Susoni to handle a copy of plaintiff's medical records within ten days. Accordingly a new schedule was agreed upon as follows:

 1. Defendant to submit expert report - **January 31, 2000**

 2. Plaintiff to supplement expert report - **January 31, 2000**

 3. Pre-Trial and Settlement Conf.- **February 8, 2000 at 2:30 pm**

 4. Bench Trial - **May 2 & 3, 2000 at 9:30 a.m.**

Plaintiff informed that he will only use two witnesses. Defendant will use up to three witnesses. Trial should not last more



AO 72A
(Rev.8/82)

**CIVIL NO. 98-2435 (GG)** 2

than two days.

 The Clerk of the Court must notify this minute to all the parties.

 San Juan, Puerto Rico, this 20th day of December, 1999.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA ALICEA
COURTROOM DEPUTY CLERK

AO 72A
(Rev.8/82)