IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| ELIGIO ALEMAN MARTINEZ | * |
| Plaintiff | * |
| v. | * CIVIL NO. 98-2435 (GG) |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

* * * * * * * * * * * * * * * **

**ORDER AND JUDGMENT**

On February 8, 2000, the parties filed a "Stipulation for Compromise Settlement" seeking the dismissal of this action with prejudice, in consideration of $60,000.00. **(Docket entry #20)**. The same is signed by the parties' attorneys.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, we accept the parties stipulation of dismissal and make it form part of this judgment.

**WHEREFORE**, in view of the above, this action is **DISMISSED WITH PREJUDICE**.   Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

San Juan, Puerto Rico, this 10th day of February, 2000.

GILBERTO GIERBOLINI
Senior U.S. District